[If you need additional space for ANY section, please attach an additional sheet and reference that section.]



**RECEIVED**

7/15/2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| Ashley Black<br>Harmony Wrencher<br>Plaintiff | )<br>)<br>)<br>) | **United States District Court**<br>**Northern District of Illinois** |
| v. | )<br>) | **1:25-cv-08170** |
| Mayweather boxing + Fitness<br>Floyd Mayweather JR.<br>James Williams    Defendant | )<br>)<br>)<br>) | **Judge Sunil R. Harjani**<br>**Magistrate Judge M. David Weisman**<br>**RANDOM/ CAT.1** |

## COMPLAINT

Mayweather Boxing + Fitness engaged in Coordinated pattern of misconduct causing significant harm to myself + My family

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**Ashley Black Pro Se**
5950 Oakwood Dr
2h
lisle, il 60532
Ablack0927@gmail.com
630-366-3911

**July 8, 2025**
Ashley Black (and on behalf of minor daughter)

Harmony Wrencher

Plaintiff,

v.

Mayweather Boxing and Fitness Franchising, LLC, Floyd Mayweather Jr., James Williams
(Including subsidiaries, franchisees, and corporate headquarters)

Defendant.

## COMPLAINT FOR VICARIOUS LIABILITY FOR EMPLOYEE MISCONDUCT

**(Negligence – Respondent Superior Doctrine – Privacy & Civil Rights Violations)**

## I. INTRODUCTION

1. Plaintiff Ashley Black files this civil complaint against Defendant Mayweather Boxing and Fitness Franchising, LLC for damages arising out of its employees' unlawful actions — including Ayiende Love and Victoria Olson — who used their employment positions and access to internal systems to obtain Plaintiff's personal information and facilitate a campaign of targeted harassment, intimidation, surveillance, and retaliation.
2. The acts were committed within the scope of employment or through means directly provided by the Defendant corporation, making Mayweather Boxing and Fitness vicariously liable under the doctrine of **respondent superior and** liable for failure to supervise or protect customers from harm.

3. Plaintiff and her minor daughter suffered profound emotional distress, loss of housing, safety concerns, and continued psychological trauma as a result of the unlawful acts enabled by the company's systems and personnel.

## II. JURISDICTION AND VENUE

4. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 (federal question), § 1343 (civil rights violations), and § 1367 (supplemental state law claims).
5. Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events or omissions giving rise to the claim occurred within this judicial district.

## III. PARTIES

6. Plaintiff **Ashley Black** is a United States citizen, resident of Lisle IL., and former client of a Mayweather Boxing and Fitness facility.
7. Defendant **Mayweather Boxing and Fitness Franchising, LLC** is an international fitness corporation, operating gyms and fitness centers under the "Mayweather Boxing" brand and is responsible for the conduct of its employees and franchise staff while using company systems.
8. Defendant's employees, **Ayiende Love**, Victoria Olson, and others, used internal data systems and facilities to obtain private information about Plaintiff and her family and allegedly coordinated threats and intimidation both before and after Plaintiff's civil filings were made in court.

## IV. STATEMENT OF FACTS

9. Plaintiff was a customer/member of a Mayweather Boxing and Fitness gym location. Her personal information, including address and emergency contact information, was provided under the expectation of confidentiality and in accordance with privacy policy protections.
10. Employee, acting under the color of employment and with access to company systems, obtained Plaintiff's private information and coordinated with outside individuals to initiate acts of stalking, intimidation, and threats directed toward Plaintiff and her daughter.

11. These actions occurred **during or shortly after the employment period** of the individuals and involved the use of Defendant's data systems, work relationships, and facility-based communications to carry out misconduct.

12. Plaintiff experienced:

- Repeated unwanted communications and contact
- Mail sent to her home post-dismissal from co-defendants
- Surveillance and fear-based conduct
- Invasion of privacy
- Forced separation from her child for safety reasons

13. These actions occurred with knowledge or reckless disregard by Defendant Mayweather Boxing and Fitness, who failed to prevent the misuse of its internal client database and did not investigate or restrict known actors.

14. Plaintiff filed reports of harassment and civil rights claims in court, yet the retaliation persisted, showing continued access and intention by employees linked to the company.

## V. LEGAL CLAIM

**(Count I – Vicarious Liability for Employee Misconduct)**

15. Plaintiff incorporates all preceding paragraphs by reference.

16. Under the doctrine of **respondent superior**, an employer is liable for wrongful acts committed by employees acting within the scope of employment or using employer-facilitated tools, platforms, or resources.

17. Defendant Mayweather Boxing and Fitness is liable for the actions of its employees and agents who:

- Accessed private membership data without lawful purpose
- Used the data to coordinate mail threats, intimidation, and surveillance
- Acted in furtherance of a pattern of retaliation tied to Plaintiff's civil case
- Created a hostile, unsafe, and traumatizing environment

18. The Defendant had a duty to protect customers' information, prevent abuse of internal systems, and properly vet, train, and discipline employees with a history of misconduct or criminal affiliations.

## VI. DAMAGES

19. As a direct and proximate result of Defendant's vicarious liability for employee misconduct, Plaintiff suffered:

- Emotional distress and mental anguish
- Ongoing safety fears and trauma
- Loss of housing and financial hardship
- Separation from her daughter
- Reputational harm and disruption of livelihood

## VII. RELIEF REQUESTED

Plaintiff respectfully requests this Court award the following:

1. **Compensatory Damages**: $2,000,000,000 (Two Billion Dollars) for each plaintiff.
2. **Punitive Damages**: $2,000,000,000 (Two Billion Dollars) for each plaintiff.
3. **Injunctive Relief**: Requiring Mayweather Boxing and Fitness to overhaul data privacy protections, issue a public notice of the breach, and bar employees involved from future contact.
4. **Costs and attorney's fees** pursuant to applicable statutes.
5. **Any other relief the Court deems just and proper.**

## VIII. DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury on all issues so triable.

**Respectfully submitted,**
**Ashley Black**

Ashley Black
5950 Oakwood Dr 2H
Lisle IL. 60532



RECEIVED

JUL 15 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(New Case)

Clerk of the Court
United States District
Northern Division of Illinois
219 South Dearborn Street
Chicago IL. 60604